UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>HENRY ARTHUR KENT | NO. MJ10-104<br><br>DETENTION ORDER |

Date of Detention Hearing: March 11, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has stipulated to detention pending his extradition to Canadian authorities.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1
2    is confined shall deliver the defendant to a United States Marshal for the
     purpose of an appearance in connection with a court proceeding; and
3
4    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
            counsel for the defendant, to the United States Marshal, and to the United States
5           Pretrial Services Officer.
6
DATED this 11th day of March, 2010.

                        *James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2